# IN THE SUPREME COURT OF THE STATE OF NEVADA

ERIK PROVENCAL,
          Appellant,
vs.
THE STATE OF NEVADA,
          Respondent.

No. 72305

FILED

MAY 2 2 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a judgment of conviction. Eighth Judicial District Court, Clark County; Michael Villani, Judge.

Our review of this appeal revealed a jurisdictional defect. Specifically, it appeared that the notice of appeal was untimely filed. Accordingly, on March 2, 2017, we directed appellant's counsel to show cause why this appeal should not be dismissed for lack of jurisdiction. When appellant's counsel failed to comply with our order, on April 14, 2017, we directed appellant's counsel to file and serve a response within 11 days or face sanctions, including the dismissal of this appeal. *See* NRAP 3C(n).

To date, appellant's counsel has not responded to the order to show cause. Nevertheless, having reviewed the documents filed with the notice of appeal, we conclude that we lack jurisdiction to consider this untimely appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

SUPREME COURT
OF
NEVADA

(O) 1947A

17-17097

cc: Hon. Michael Villani, District Judge
Roger C. Bailey
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk
Erik Provencal

SUPREME COURT
OF
NEVADA

(O) 1947A